UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80975-CIV-ZLOCH

NELSON BELL,

    Movant,

vs.                                              **O R D E R**

UNITED STATES OF AMERICA,

    Respondent.
_____/

THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 12) filed herein by United States Magistrate Judge Patrick A. White and upon the Movant Nelson Bell's Response To Magistrate Judge P.A. White's Report (DE 15), which the Court construes as an objection to said Report. The Court has conducted a *de novo* review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Movant Nelson Bell's Response To Magistrate Judge P.A. White's Report (DE 15), which the Court construes as an objection to said Report, be and the same is hereby **OVERRULED;**

2. The Report Of Magistrate Judge (DE 12) filed herein by United States Magistrate Judge Patrick A. White be and the same is hereby approved, adopted and ratified by the Court;

3. Movant Nelson Bell's Motion For Post Conviction Relief

1

Pursuant To 28 U.S.C. Section 2255 (DE 1) be and the same is hereby **DENIED**; and

    4. Final Judgment will be entered by separate Order.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of July, 2008.

                                                WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

All Counsel of Record

Nelson Bell, Pro Se
Reg. No. 75544-004
USP-Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808